**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re:<br><br>23ANDME, INC., Customer Data Security Breach Litigation | MDL No. 3098 |

**CORRECTED SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs**: Monica Santana and Paula Kleynburd, on behalf of themselves and all others similarly situated<br>**Defendant:** 23andMe, Inc.<br>**Movants:** Bonnie Eden, Michael Schutz, Cody Vogel, Eileen Mullen | Northern District of California (San Francisco Division) | 3:23-cv-05147 | Hon. Edward M. Chen |
| **Plaintiff:** Kerry Lamons, Individually and on behalf of all others similarly situated<br>**Defendant:** 23andMe, Inc. | Northern District of California (San Francisco Division) | 3:23-cv-05178 | Hon. Edward M. Chen |
| **Plaintiff:** Michelle Andrizzi, individually and on behalf of all others similarly situated<br>**Defendant:** 23andMe, Inc. | Northern District of California (San Francisco Division) | 3:23-cv-05198 | Hon. Edward M. Chen |
| **Plaintiff:** Bonnie Eden, Daniel Pinho, Thomas Seawright and Pamela Zager-Maya, on behalf of themselves and all others similarly situated<br>**Defendant:** 23andMe, Inc. | Northern District of California (San Francisco Division) | 3:23-cv-05200 | Hon. Edward M. Chen |
| **Plaintiff:** J.S., J.T., and A.L., individually and on | Northern District of California | 3:23-cv-5234 | Hon. Edward M. Chen |

| | | | |
|---|---|---|---|
| behalf of all others similarly situated **Defendant:** 23andMe, Inc., 23andMe Holding Co., 23andMe Pharmacy Holdings, Inc. | (San Francisco Division) | | |
| **Plaintiff:** Haris Mirza, individually and on behalf of all others similarly situated **Defendant:** 23andMe, Inc. | Northern District of California (San Francisco Division) | 3:23-cv-05259 | Hon. Edward M. Chen |
| **Plaintiff:** Katianne Navarro and Michael Blackwell, individually, and on behalf of all others similarly situated **Defendant:** 23andMe, Inc. | Northern District of California (San Francisco Division) | 3:23-cv-05281 | Hon. Edward M. Chen |
| **Plaintiff:** Caroline Greenberg, individually and on behalf of all others similarly situated **Defendant:** 23andMe, Inc. | Northern District of California (San Francisco Division) | 3:23-cv-05302 | Hon. Edward M. Chen |
| **Plaintiff:** Nichole Friend, Aaron Parra, and Mari Rajamin, individually, and on behalf of all similarly situated individuals **Defendant:** 23andMe Holding Co, A California Corporation; And Does 1 Through 50, Inclusive | Northern District of California (San Francisco Division) | 3:23-cv-05323 | Hon. Edward M. Chen |
| **Plaintiff:** Alexandra Hoffman and Alexandra Klawitter, individually and on behalf of all others similarly situated **Defendant:** 23andMe, Inc. | Northern District of California (San Francisco Division) | 3:23-cv-05332 | Hon. Edward M. Chen |
| **Plaintiff:** Adriane Farmer, individually and on behalf of all others similarly situated | Northern District of California (San Francisco Division) | 3:23-cv-05341 | Hon. Edward M. Chen |

| | | | |
|---|---|---|---|
| **Defendant:** 23andMe, Inc. | | | |
| **Plaintiff:** Melanie Berman, Lisa Jones, Lyon Leifer, Kathleen Canfield Loftus, Julia Hawkins, individually and on behalf of all others similarly situated<br>**Defendant:** 23andMe, Inc. | Northern District of California (San Francisco Division) | 3:23-cv-05345 | Hon. Edward M. Chen |
| **Plaintiff:** David Tulchinsky, individually and on behalf of all others similarly situated<br>**Defendant:** 23andMe, Inc. | Northern District of California (San Francisco Division) | 3:23-cv-05369 | Hon. Edward M. Chen |
| **Plaintiff:** Stephen L. Seikel, individually and on behalf of all others similarly situated<br>**Defendant:** 23andMe, Inc. | Northern District of California (San Francisco Division) | 3:23-cv-05419 | Hon. Edward M. Chen |
| **Plaintiff:** Elaine Fralix, individually and on behalf of all others similarly situated<br>**Defendant:** 23andMe, Inc. | Northern District of California (San Francisco Division) | 3:23-cv-05439 | Hon. Edward M. Chen |
| **Plaintiff:** Harold Velez, on behalf of himself and all others similarly situated<br>**Defendant:** 23andMe, Inc. | Northern District of California (San Francisco Division) | 3:23-cv-05464 | Hon. Edward M. Chen |
| **Plaintiff:** Laquisha Smith, individually and on behalf of all others similarly situated<br>**Defendant:** 23andMe, Inc. | Northern District of California (San Francisco Division) | 3:23-cv-05548 | Hon. Edward M. Chen |
| **Plaintiff:** Max Alperstein and Arya Shoaee, individually, and on behalf of all others similarly situated | Northern District of California (San Francisco Division) | 3:23-cv-05541 | Hon. Edward M. Chen |

| | | | |
|---|---|---|---|
| **Defendant**: 23andMe, Inc. | | | |
| **Plaintiff:** Nicholas Furia, on behalf of himself and all others similarly situated<br>**Defendant:** 23andMe, Inc. | Northern District of California (San Francisco Division) | 3:23-cv-05565 | Hon. Edward M. Chen |
| **Plaintiff:** Michael Schutz, Cody Vogel, and Eileen Mullen, individually and on behalf of all others similarly situated<br>**Defendant:** 23andMe, Inc. | Northern District of California (San Francisco Division) | 3:23-cv-05579 | Hon. Edward M. Chen |
| **Plaintiff:** Thomas Vickery, individually and on behalf of all others similarly situated<br>**Defendant:** 23andMe, Inc. | Northern District of California (San Francisco Division) | 3:23-cv-05635 | Hon. Edward M. Chen |
| **Plaintiff:** Brianna Sorensen, and all similarly situated individuals<br>**Defendant:** 23andMe, Inc. | Northern District of California (San Francisco Division) | 3:23-cv-05677 | Hon. Edward M. Chen |
| **Plaintiff:** John Doe, Individually and on behalf of all others similarly situated<br>**Defendant:** 23andMe, Inc. | Northern District of California (San Francisco Division) | 3:23-cv-05717 | Hon. Edward M. Chen |
| **Plaintiff:** Briana Dube, individually and on behalf of all others similarly situated<br>**Defendant:** 23andMe, Inc. | Northern District of California (San Francisco Division) | 3:23-cv-05768 | Hon. Edward M. Chen |
| **Plaintiff:** Brandon Molina, individually and on behalf of all others similarly situated<br>**Defendant:** 23andMe, Inc. | Northern District of California (San Francisco Division) | 3:23-cv-05779 | Hon. Edward M. Chen |

| | | | |
|---|---|---|---|
| **Plaintiff:** Melissa Ryan, individually and on behalf of all others similarly situated<br>**Defendant:** 23andMe, Inc. | Northern District Of California (San Francisco Division) | 3:23-cv-05968 | Hon. Charles R. Breyer |
| **Plaintiff:** Tracy Scott, Anna Daveiga, and Emily Beale on behalf of themselves and all others similarly situated<br>**Defendant:** 23andMe Holding Co. And 23andMe, Inc. | Northern District Of California (San Francisco Division) | 3:23-cv-05980 | Hon. Edward M. Chen |
| **Plaintiff:** Polina Ioffe, individually and on behalf of all others similarly situated<br>**Defendant:** 23andMe, Inc. | Northern District of California (San Jose Division) | 5:23-cv-06205 | Hon. Edward M. Chen |
| **Plaintiff:** Kristen Rivers, individually and on behalf of minor child V.R. Rivers, and on behalf of all others similarly situated<br>**Defendant:** 23andMe, Inc., 23andMe Holding Co. | Northern District of California (Oakland) | 4:23-cv-06481 | Hon. Edward M. Chen |
| **Plaintiff:** Dhaman Gill, individually and on behalf of all others similarly situated<br>**Defendant:** 23andMe, Inc. | Central District of California (Southern Division) | 8:23-cv-02387 | Hon. Fred W. Slaughter |
| **Plaintiff:** Michele Bacus, individually and on behalf of all others similarly situated<br>**Defendant:** 23andMe, Inc. | Northern District of Illinois | 1:23-cv-16828 | Hon. Manish S. Shah |
| **Plaintiff:** Alyson Hu, individually and on behalf of others similarly situated<br>**Defendant:** 23andMe Inc. | Northern District of Illinois | 1:23-cv-17079 | Hon. Rebecca R. Pallmeyer |
| **Plaintiffs:** Claire Paddy, | Northern District | 3:23-cv-06698 | Hon. Edward M. |

| | | | |
|---|---|---|---|
| and Neil Haven, individually and on behalf of others similarly situated<br>**Defendant:** 23andMe Inc. | of California (San Francisco Division) | | Chen |
| **Plaintiff:** Camie Picha, individually and on behalf of others similarly situated<br>**Defendant:** 23andMe Inc. | Northern District of California (San Francisco Division) | 3:23-cv-06719 | Hon. Edward M. Chen |